IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KERDELL LILLARD,

      Petitioner,                      No. CIV S-05-1875 MCE GGH P

     vs.

TOM CAREY, et al.,

      Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Petitioner alleges that the classification committee improperly denied him family visiting privileges based on inaccurate information regarding a 1996 police report. The purpose of a habeas corpus petition pursuant to 28 U.S.C. § 2254 is to challenge the legality of a conviction or sentence. The purpose of a civil rights action pursuant to 42 U.S.C. § 1983 is to challenge conditions of confinement.

        Because this action challenges conditions of confinement, the court construes it as a civil rights action pursuant to 42 U.S.C. § 1983. The petition is dismissed with leave to file a complaint. Following receipt of the complaint, the court will address petitioner's in forma

1

pauperis application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983;

2. The petition is dismissed with leave to file a civil rights complaint within thirty days from the date of this order; the Clerk of the Court is directed to send petitioner the form for a civil rights complaint; failure to comply with this order will result in a recommendation of dismissal of this action.

DATED:   10/25/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
lill1875.100

2