IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KERDELL LILLARD,

      Plaintiff,                             No. CIV S-05-1875 MCE GGH P

   vs.

TOM CAREY, et al.,

      Defendants.                 <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By order filed October 26, 2005, the petition was dismissed with leave to file a civil rights complaint within thirty days. The thirty day period has now expired, and plaintiff has not filed a civil rights complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

/////

1

1  specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: 1/13/06

4

5                                                                /s/ Gregory G. Hollows
                                                                 _____
                                                                 UNITED STATES MAGISTRATE JUDGE

6  GGH:035
   lill1875.ord

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26